IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re CARIBBEAN PETROLEUM LP., *et al.*[1] | Bankruptcy Case No. 01-11657 (PJW) |

| | |
|---|---|
| Hernan Serrano, Trustee of the Caribbean Petroleum Creditors' Trust, and on behalf of the estates of the above-captioned Debtors, Caribbean Petroleum, *et al.*,<br><br>              Plaintiff,<br>v.<br><br>Universal Chemical Corporation<br>Solares & Co., Inc.<br>Popular Auto Inc.<br>Canada Life Assurance Company<br>Wackenhut PR Inc.<br>LL Mechanical Contractors & Electronic, Inc<br>Camioneros Cooperative<br>A.I. Credit Corp.; Imperial A.I. Credit Companies<br>Ponce Maintenance<br>McConnell Valdes<br>Centennial PR<br>Texaco Industries, Inc.<br>American Express<br>First International Oil LTD<br>Industrial Hydrovac Services, Inc.<br>Gulf Chemical Corp.<br>              Defendants. | <br><br><br><br><br><br><br>Civil Action No. 04-427 SLR<br>Civil Action No. 04-428 SLR<br>Civil Action No. 04-429 SLR<br>Civil Action No. 04-430 SLR<br>Civil Action No. 04-431 SLR<br>Civil Action No. 04-432 SLR<br>Civil Action No. 04-433 SLR<br>Civil Action No. 04-434 SLR<br>Civil Action No. 04-435 SLR<br>Civil Action No. 04-436 SLR<br>Civil Action No. 04-437 SLR<br>Civil Action No. 04-438 SLR<br>Civil Action No. 04-439 SLR<br>Civil Action No. 04-440 SLR<br>Civil Action No. 04-441 SLR<br>Civil Action No. 04-442 SLR |

**NOTICE OF AGENDA OF MATTERS SET FOR
STATUS CONFERENCE ON MAY 13, 2005 AT 8:30 A.M.**

PLEASE TAKE NOTICE that Hernan Serrano, Trustee of the Caribbean

Petroleum Creditors' Trust, and on behalf of the estates of the above-captioned debtors,

Caribbean Petroleum, *et al.*, as authorized representative in the above-captioned cases, hereby

---

[1] The debtors are the following entities: Caribbean Petroleum, LP; Caribbean Oil LP; Caribbean Petroleum Refining LP; Gulf Petroleum (Puerto Rico) Corporation and Caribbean Petroleum Corporation.

1

submits the attached status report with respect to the matters set for status conference on May 13, 2005.  (See Exhibit A attached hereto).

Dated:  May 6, 2005       PACHULSKI, STANG, ZIEHL, YOUNG, JONES
                          & WEINTRAUB P.C.


                          _____
                          Laura Davis Jones (Bar No. 2436)
                          Bruce Grohsgal (Bar No. 3583)
                          919 North Market Street, 16th Floor
                          P.O. Box 8705
                          Wilmington, DE  19899-8705 (Courier 19801)
                          Telephone:  (302) 652-4100
                          Facsimile:   (302) 652-4400

                          Counsel to the Plaintiff, Hernan Serrano, Trustee of the
                          Caribbean Petroleum Creditors' Trust