IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re CARIBBEAN PETROLEUM LP, *et al.* | Bankruptcy Case No. 01-11657 (PJW) |
| HERNAN SERRANO, Trustee Of The Caribbean Petroleum Creditors' Trust, and on behalf of the estates of the above-captioned debtors, Caribbean Petroleum, *et al.*, as authorized representative,<br><br>               Plaintiff,<br>v.<br><br>TEXACO INDUSTRIES, INC.,<br><br>               Defendant. | Civil Action No. 04-438 SLR |

**NOTICE AND STIPULATION OF**
**VOLUNTARY DISMISSAL WITH PREJUDICE OF COMPLAINT**

**PLEASE TAKE NOTICE** that, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, as made applicable hereto by Rule 7041 of the Federal Rules of Bankruptcy Procedure, plaintiff Hernan Serrano, Trustee Of The Caribbean Petroleum Creditors' Trust, and on behalf of the estates of the above-captioned debtors, Caribbean Petroleum, *et al.*, as authorized representative; and, defendant, Texaco Industries, Inc., hereby stipulate to the voluntary dismissal with prejudice of the *Complaint* (Docket No. 1 on the United States Bankruptcy Court For the District of Delaware, Adversary Case No. 03-60019) (the "Complaint") in the above-captioned action.

13037-001\DOCS_DE:110468.1

The parties stipulate to the dismissal of the Complaint with prejudice because the parties therein have settled the dispute at issue, and each party shall bear its own costs and attorneys fees incurred in the proceeding.

Dated: August 2, 2005

| PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C. | CONNOLLY BOVE LODGE & HUTZ LLP |
|---|---|
| /s/ Laura Davis Jones | /s/ Marc J. Phillips |
| Laura Davis Jones (Bar No. 2436) | Karen C. Bifferato (Bar No. 3279) |
| Bruce Grohsgal (Bar No. 3583) | Marc J. Phillips (Bar No. 4445) |
| 919 North Market Street, 16th Floor | The Nemours Building |
| P.O. Box 8705 | 1007 North Orange Street |
| Wilmington, DE 19899-8705 (Courier 19801) | P.O. Box 2207 |
| Telephone: (302) 652-4100 | Wilmington, DE 19899 |
| Facsimile: (302) 652-4400 | Telephone: (302) 658-9141 |
| | Facsimile: (302) 658-0380 |
| Andrew W. Caine (CA Bar No. 110345) | |
| Steven J. Kahn (CA Bar No. 76933) | |
| 10100 Santa Monica Blvd., Suite 1100 | |
| Los Angeles, CA 90067 | |
| Telephone: (310) 277-6910 | |
| Facsimile: (310) 201-0760 | |
| | |
| Counsel for Plaintiff, Hernan Serrano, Trustee of the Caribbean Petroleum Creditors' Trust | Counsel for Defendant, Texaco Industries, Inc. |